IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GARCIA JEFFERSON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ARNOLD SCHWARZENEGGER, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 07-4226 JSW (PR) <br><br> JUDGMENT |

The Court has summarily dismissed the instant habeas petition under § 2254. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: January 9, 2008

_Jeffrey S. White_
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER G JEFFERSON,<br><br>       Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER et al,<br><br>       Defendant.<br> _____/ | Case Number: CV07-04226 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander G. Jefferson
B99662
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070-0208

Dated: January 9, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk