Alexander Garcia Jefferson
CDCR # B-99662 / NDOC #48783
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada 89070-0208

January 18th, 2008

Clerk of the Court
U.S. Dist. Ct.,
Northern Dist. of California
450 Golden Gate Ave.
San Francisco, California 94102

Re: <u>Jefferson v. Schwarzenegger</u>, Case No. C-07-4226 JSW (PR), Attachment for "Motion For A Certificate Of Appealability".

Dear Clerk,

On this 18th day of January, 2008, I was so hard-pressed to get my "Motion For A Certificate Of Appealability" in the U.S. mail pursuant to the "Mail Box Rule" pursuant to <u>Houston v. Slack</u>, 487 U.S. at 266, 108 S.Ct. 2379 that I mistakenly forgot to staple the "Certificate of Service By Mail" before I sealed the envelope, and I had to place the "Certificate of Service By Mail" in this separate envelope. So would you please attach the enclosed "Certificate of Service By Mail" to both the original and copy of my "Motion For A Certificate of Appealability". Also, I was in such a hurry that I forgot to place your return address on the S.A.S.E. for the return of a "File-Stamp" copy of my "Motion For A Certificate Of Appealability".

Thank you for attaching the enclosed "Certificate of Service By Mail" to my Certificate of Appealability Motion, and I declare pursuant to 28 U.S.C. Sec 1746 that all the above is true and correct and that I mailed this letter and enclosed attachments pursuant to the "Mail Box Rule" pursuant to <u>Houston v. Slack</u>, supra, the same day as I mailed my "Motion For A Certificate Of Appealability" on January 18, 2008.

Respectfully Submitted,
Alexander Garcia Jefferson

cc: file

**CERTIFICATE OF SERVICE BY MAIL**

I, Alexander Garcia Jefferson, hereby certify that I am the Pro Se Petitioner in the foregoing MOTION FOR A CERTIFICATE OF APPEALABILITY, residing at the Southern Desert Correctional Center Located at P.O.Box 208, Indian Springs, Nevada 890070-0208 served a copy of the foregoing MOTION FOR A CERTIFICATE OF APPEAL _ABILITY by placing a true and corredt copy thereof in a sealed pre-postage fully paid envelope and deposited said envelope in the U.S. Mail on this _18th_ day of _January_, 2008 addressed to the following:

Attorney General of California
San Francisco Office
Lead Attoreny
455 Golden Gate Avenu, Suite 11000
San Francisco, Cal. 94102 - 7004

Dated this _18th_ day of _January_, 2008.

Declared by,

_Alexander Garcia Jeff_
Alexander Garcia Jefferson

Petitioner - In Pro Se.

- 9 -

## CERTIFICATE OF SERVICE BY MAIL

I, Alexander Garcia Jefferson, hereby certify that I am the Pro Se Petitioner in the foregoing MOTION FOR A CERTIFICATE OF APPEALABILITY, residing at the Southern Desert Correctional Center Located at P.O.Box 208, Indian Springs, Nevada 890070-0208 served a copy of the foregoing MOTION FOR A CERTIFICATE OF APPEAL _ABILITY by placing a true and corredt copy thereof in a sealed pre-postage fully paid envelope and deposited said envelope in the U.S. Mail on this _18th_ day of _January_, 2008 addressed to the following:

Attorney General of California
San Francisco Office
Lead Attoreny
455 Golden Gate Avenu, Suite 11000
San Francisco, Cal. 94102 - 7004


Dated this _18th_ day of _January_, 2008.

Declared by,

_Alexander Garcia Jefferson_
Alexander Garcia Jefferson

Petitioner - In Pro Se.

- 9 -