Alexander G. Jefferson
CDCR #B-99662 / NDOC #48783
Southern Desert Correctional Center
Post Office Box 208
Indian Springs, Nevada  89070-0208



March 24th, 2008

**The Clerk of the Court**
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re: **Request for File-Stamp Copy of Motion for Certificate of Appealability** in **Jefferson v. Schwarzenegger**, Case No. C-07-4226 JSW (PR)

To the Clerk.

   On January 18th, 2008, I submitted a Motion for Certificate of Appealability to this Court pursuant to the mail box rule pursuant to **Houston v. Slack**, 487 U.S. at 266, 108 S.Ct. 2379, and I included a S.A.S.E. and requested a File-Stamp copy thereof but I never recieved that requested File-Stamp copy. However, upon contacting the Clerk of this Court by phone, I was informed that I should have placed and additional copy of my Motion along with the S.A.S.E., and that I had to write to this Court and request a File-Stamp copy of my Motion for Certificate of Appealability.

   Therefore, I hereby respectfully request that the Clerk of this Court send me a File-Stamp copy of my Motion for Certificate of Appealability in the S.A.S.E. that the Clerk already have.

   Thank you very much for both your time and cooperation in this matter.

                                         Respectfully Submitted

                                         *Alexander Garcia Jefferson*
                                         Alexander Garcia Jefferson

cc: file