IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GARCIA JEFFERSON,<br><br>Petitioner,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>Respondent. | No. C 07-4226 JSW (PR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket Nos. 9 & 13) |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. The petition was dismissed. Petitioner has filed a notice of appeal and a request for a certificate of appealability. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right[.]" *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). Accordingly, the request for a certificate of appealability is DENIED.

The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit. Petitioner may also seek a certificate of appealability from that court. *See United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket Nos. 9 & 13.

IT IS SO ORDERED.

DATED: May 6, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER G JEFFERSON, | Case Number: CV07-04226 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARNOLD SCHWARZENEGGER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander G. Jefferson
B99662
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070-0208

Dated: May 6, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk